FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-4947
_____

CHARLES CANNON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
Dawn Caloca-Johnson, Judge.

February 20, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Baya Harrison, III, Monticello, for Appellant.

Ashley B. Moody, Attorney General, Benjamin Louis Hoffman, Assistant Attorney General, Tallahassee, for Appellee.